Russell W. Faegenburg
Kendall K. Gurule
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:    908.654.5000

*Attorneys for Plaintiff Renex NY Corp.*

**Document Filed Electronically**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RENEX NY Corp., | : |
| | : Civil Action No. |
| Plaintiff, | : |
| v. | : _____, U.S.D.J. |
| | : _____, U.S.M.J. |
| SUPPLY DEPOT LLC, MATEUS ZIMA, and ABSOLUTE COATINGS, INC., | : |
| | : |
| Defendants. | x |

**RULE 7.1 DISCLOSURE STATEMENT OF RENEX NY CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Renex NY Corp. certifies that Renex NY Corp. is a privately held company without parent corporations and that no publicly held corporation owns 10% or more of Renex NY Corp. stock.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Renex NY Corp.*

Dated: January 27, 2023         By    s/ Russell W. Faegenburg
                                      Russell W. Faegenburg
                                      Tel.   908.654.5000
                                      E-mail:rfaegenburg@lernerdavid.com
                                             litigation@lernerdavid.com