Jonathan R. Lagarenne
Cali R. Spota
**FOX ROTHSCHILD LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
JLagarenne@foxrothschild.com
Cspota@foxrothschild.com

*Attorneys for Defendant Absolute Coatings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RENEX NY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SUPPLY DEPOT LLC, MATEUS ZIMA, and ABSOLUTE COATINGS, INC., <br><br> Defendants. | Case No. 2:23-cv-00489-WJM-JRA <br><br> **APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT ABSOLUTE COATINGS, INC. MAY ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT** <br><br> *(Document Filed Electronically)* |

Application is hereby made for a Clerk's Order extending time within which Defendant, Absolute Coatings, Inc. ("Defendant") may answer, move, or otherwise reply to the Complaint filed on January 27, 2023, by Plaintiff Renex NY Corp. ("Plaintiff") (Dkt. No. 1), and it is represented that:

1. There have been no prior extensions of time for Defendant to answer, move, or otherwise reply to the above-listed pleading;

2. Service of Process was effected on February 6, 2023; and

3. Defendant's time to answer, move, or otherwise reply to the above-listed pleading would otherwise expire on February 27, 2023.

Defendant respectfully requests a Clerk's Order that extends the deadline for Defendant to answer, move, or otherwise reply to the above-listed pleading by fourteen (14) days to March 13, 2023.

Dated: February 15, 2023                  Respectfully submitted,

s/ *Cali R. Spota*
**FOX ROTHSCHILD LLP**
Cali R. Spota
997 Lenox Drive
Lawrenceville, NJ 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
Cspota@foxrothschild.com

*Attorneys for Defendant Absolute Coatings, LLC*

## **ORDER**

The above application is ORDERED GRANTED, and the time for Defendant Absolute Coatings, LLC to answer, move, or otherwise reply to the Complaint is extended for a period of fourteen (14) days, up to and including **March 13, 2023**.

ORDER DATED: _____

                                        WILLIAM T. WALSH, Clerk


                                        By: _____
                                              Deputy Clerk

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for Defendant Absolute Coatings, LLC, hereby certify that a true and correct copy of the foregoing APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT ABSOLUTE COATINGS, INC. MAY ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT was filed electronically on this date and served upon all counsel of record via the Court's ECF system.

Dated: February 15, 2023               **FOX ROTHSCHILD LLP**

                                        s/ *Cali R. Spota*

                                        Cali R. Spota
                                        997 Lenox Drive
                                        Lawrenceville, NJ 08648
                                        Telephone: (609) 896-3600
                                        Facsimile: (609) 896-1469
                                        Cspota@foxrothschild.com

                                        *Attorneys for Defendant Absolute Coatings, LLC*