

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
RENEX NY CORP.

vs

**Defendant**
SUPPLY DEPOT LLC, ET AL

DOCKET NO. 2:23-CV-00489

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

**Person to be served:** MATEUS ZIMA

**Address:**
668 NORTH BROAD STREET
APARTMENT A24
ELIZABETH NJ 07204

**Attorney:**
LERNER, DAVID, LITTENBERG,
20 COMMERCE DRIVE
CRANFORD NJ 07016

**Papers Served:**
SUMMONS & COMPLAINT; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT OF RENEX NY CORP.; NOTCE OF ELECTRONIC FILING; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

**Service Data:**

Served Successfully ✓    Not Served ___    Date: 2-6-23    Time: 7:06 PM    Attempts: ___

✓ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title: Mateus Zima personally

**Description of Person Accepting Service:**
Age: 46   Height: 5'10"   Weight: 230   Hair: Brown   Sex: male   Race: white

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 8th day of Feb 2023

*Patricia Knapp*
Notary Signature

I, WILLIE PRYOR, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Willie Pryor*   2/8/23
Signature of Process Server   Date

**PATRICIA KNAPP**
Notary Public, State of New Jersey
Commission # 2447530
My Commission Expires 06/25/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   621927
File No.   JLEGAL-4

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**RENEX NY CORP.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**SUPPLY DEPOT LLC, ET AL.,**
*Defendant*

CASE NUMBER: **2:23−CV−00489−WJM−JRA**

TO: *(Name and address of Defendant):*

> Mateus Zima
> 668 North Broad Street, Apt. A24
> Elizabeth, NJ 07204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Russell W. Faegenburg, Esq.
> Lerner, David, Littenberg, Krumholz & Mentlik, LLP
> 20 Commerce Drive
> Cranford, NJ 07016
> Tel. (908) 654-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2023−01−31 09:55:26**, Clerk
USDC NJD