

Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

October 26, 2023

**Document Filed Electronically**

<u>**VIA ECF**</u>

The Honorable José R. Almonte
United States District Court for the District of New Jersey
United States Post Office & Courthouse
2 Federal Square
Newark, NJ 07101

          Re:    *Renex NY Corp. v. Supply Depot LLC, et. Al.*
                 Case No. 2:23-cv-00489-WJM-JRA

Dear Judge Almonte:

    This firm represents Plaintiff Renex NY Corp. in the above-captioned matter.

    I write on behalf of Plaintiff to request a further adjournment of the Initial Conference currently scheduled for November 2, 2023 at 11:30 AM. Counsel for Defendants has also reviewed and consented to this request. The Initial Conference was originally scheduled for July 10, 2023, was initially adjourned until August 14, 2023, further adjourned to October 2, 2023, and most recently to November 2, 2023. Such adjournments were requested to allow time for a global, written settlement agreement to be prepared.

    The settlement documents require the parties to include certain statements of fact and law in their stipulation of dismissal to be signed by Judge Martini. To this end, Plaintiff has been in communication with Judge Martini's chambers throughout this week in order to arrive at a mutually acceptable form for filing the necessary stipulations. Accordingly, Plaintiff requests adjournment of the Initial Conference for an additional 30 days from November 2, 2023, and postponement of submission of a joint discovery plan as well, to allow the necessary documents to be prepared, agreed upon and filed.

    Plaintiff will continue to keep the Court apprised of developments in connection with settlement of this matter.

    We thank Your Honor for considering this request and for You Honor's continued time and attention to this matter.

                                      Respectfully submitted,

                                      LERNER DAVID LLP
                                      *Attorneys for Plaintiff Renex NY Corp.*

                                      By     s/ Kendall K. Gurule
                                                Kendall K. Gurule

Cc: All Counsel of Record (via ECF)